# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CALVIN KREIPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 03-0783-CV-W-DW |
| THE BURLINGTON NORTHERN & SANTA ) | |
| FE RAILWAY COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 8). Pursuant to the Stipulation, this case is hereby DISMISSED WITH PREJUDICE with each party to bear its own costs.

Date: January 15, 2008            /s/ Dean Whipple
                                                             Dean Whipple
                                           United States District Judge